# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

DANIEL BODOH

**CRIMINAL COMPLAINT**

FILED
NOV 1 2 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

CASE NUMBER: 04- 7243

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October through November 11, 2004 in Douglas county, in the Central District of Illinois defendant(s) did:

attempt to coerce and entice a minor to engage in sexual activity,

in violation of Title 18, United States Code, Section(s) 2422(b)

I further state that I am a(n) Special Agent, FBI and that this complaint is based on the following facts:
Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

Nov. 12, 2004                          at Urbana, Illinois
Date                                      City and State

Harold A. Baker
United States District Judge

_____        s/Harold A. Baker
Name & Title of Judicial Officer        Signature of Judicial Officer

## AFFIDAVIT

Craig Adams, being duly sworn, states:

1.  I am a Special Agent with the Federal Bureau of Investigation and have been so employed since February 2003. I am presently assigned to the Champaign, Illinois Resident Office. Prior to working for the FBI, I did computer system administration for approximately five years. I am a Microsoft Certified Systems Engineer in Windows NT and Windows 2000. Additionally, I am certified in Novel Netware 5.0 and Citrix Metaframe 1.8. I have extensive knowledge and experience working in large scale computer networks in multi-state, multi-site environments. Additionally, I have been trained by the FBI in computer crimes including typical tools and methodologies. I have personally conducted and/or assisted in numerous investigations of criminal violations involving computer crimes.

2.  This affidavit is made in support of a Criminal Complaint and Arrest Warrant charging Daniel Bodoh with a violation of Title 18, United States Code, Section 2422(b), attempted coercion and enticement of a minor to engage in sexual activity.

3.  I am familiar with the following facts from my own personal observation and investigation and information officially supplied to me by other law enforcement agents.

4.  On or about October 16, 2004, through the present time, Bodoh began periodic communication with TC, whom he believed to be a twelve-year old minor child. In reality, Bodoh was communicating with TC's mother. (During some of the

later communications, I was present with TC's mother while she engaged in the communication with Bodoh).

5.  Bodoh's means of communication was through the internet by both electronic mail ("e-mail") and a computer application known as MSN Messenger. The purpose of the communications was to coerce and entice TC to engage in sexual activity (copies of the MSN Messenger "chat sessions" are attached to this affidavit as exhibits).[1]

6.  Bodoh was briefly involved in a non-intimate relationship with TC's mother which included in-person communication as well as communication by the internet. On October 16, 2004, TC's mother contacted Bodoh by MSN Messenger ("chat"), posing as her daughter, in order to determine the cause of the end of their relationship.

7.  During this "chat session," Bodoh expressed his interest and intent in engaging in sexual activity with TC with the following communications:

    Bodoh: are you there by your self?
    TC: yes
    Bodoh: your not doing naughty things.. are you?
    ...

    TC: do you want me to tell my mom you said hello
    Bodoh: i dont care
    Bodoh: unless ou want to keep a secret
    TC: ok
    Bodoh: I think you are a little hottie!

---

[1] In these "chat sessions," Bodoh is identified by the screen name ▆▆▆▆," TC's mother is identified by the screen name as ▆▆▆▆▆▆▆▆▆▆▆ In the recitation of portions of the "chat sessions" in this affidavit, ▆▆▆▆ is identified as Bodoh and ▆▆▆▆▆▆▆▆ is identified as TC.

...

Bodoh: there are a lot of things i want to do with you
TC: like what
Bodoh: oops may be i shouldt have said that!...lol
TC: well like what
Bodoh: better not say I want to get in trouble ... lol
TC: how would you get in trouble?
Bodoh: I just want to pick you up and hold you in my big strong arms!
Bodoh: Is that bad?
TC: how would that get you in trouble
Bodoh: never know
Bodoh: and kiss you
TC: my dad gives me hugs and kisses
Bodoh: aww
Bodoh: i want to kiss you all over!!!

...

Bodoh: GOd i just want to watch you play
TC: play what
Bodoh: play naughty girl...
TC: how do i do that
Bodoh: with your fingers
Bodoh: and you long legges pulled back
TC: how
Bodoh: do you know how to make yourself cum?
TC: i don't know what that is
Bodoh: mmm ok
TC: what does it mean
Bodoh: that means masterbate

...

Bodoh: so am i have to teach you how to play naughty girl?
TC: will i get in trouble
Bodoh: mm only if some one finds out


...

Bodoh: want me to teach you some things now?
TC: [provides e-mail address]
TC: yes
Bodoh: ok got it
Bodoh: unzip your pants
TC: why
Bodoh: im going to tell you how to play nughty
TC: you didn't tell my happy birthday

-3-

>Bodoh: aww im sorry is today your birth day?
>TC: this was my golden birthday this year cause i turn 12 on the 12th of October
>Bodoh: kewl
>Bodoh: happy b-day
>
>...
>
>Bodoh: I want to take your piture! :0
>TC: when
>Bodoh: when no one is home!
>TC: why
>Bodoh: make you go put on your swim suit
>TC: ok
>Bodoh: God you looked cute in the pool tis summer
>Bodoh: you were mking me throb!!!

8.  During additional "chat sessions" Bodoh expressed his interest in engaging in sexual activity with TC in more graphic terms (attached).

9.  During a "chat session" on November 9, 2004, Bodoh stated that he intended to come to TC's home on Thursday, November 11, when he believed TC will be alone. Bodoh expressed his interest and intent to engage in sexual activity with TC with the following communications:

>Bodoh: are you going to were a skirt for me when i come over
>TC: yes
>Bodoh: :)
>Bodoh: God wouldnt that be fun? !
>TC: yes
>Bodoh: maybe il bring you some Good lotion
>Bodoh: the kind made for that!
>TC: ok
>Bodoh: I think you would like that
>TC: yes
>Bodoh: its real slippery
>TC: and more fun
>Bodoh: yes yes God yes

-4-

10. During a "chat session" on November 10, 2004, Bodoh reiterated that he intended to come to TC's home on Thursday, November 11, when he believed TC would be alone. Bodoh expressed his interest and intent to engage in sexual activity with TC with the following communications:

> Bodoh: did youfinish playing last night
> TC: after I went to bed
> Bodoh: mm good girl
> Bodoh: how long?
> TC: not sure but my body was shaking
> Bodoh: :)
> Bodoh: will you show me tomorow
> TC: yes

...

> TC: are you bring me anything
> Bodoh: I cant wait
> Bodoh: yes
> Bodoh: I think you are going to like the slippery stuff

...

> Bodoh: I want to pic you up in my arms
> TC: that would be fun
> Bodoh: ... and let you wrap your legges around me!
> TC: yes
> Bodoh: :)
> Bodoh: while I kissyou

...

> Bodoh: maybe we can play together
> TC: will you teach me how
> Bodoh: yes
> Bodoh: want me to teach ypou how to use you mouth?
> TC: is it fun
> Bodoh: oh god yes
> TC: then yes
> Bodoh: mmm

11. On November 11, 2004, Bodoh, at approximately 6:50 p.m., Bodoh arrived at TC's home in West Union, Illinois. Bodoh was arrested at this time. During a search

incident to Bodoh's arrest, law enforcement agents discovered Bodoh in possession of a 2.8 ounce bottle of "ID Glide" personal lubricant.

12. After being advised of his *Miranda* rights and waving those rights, both verbally and in writing, Bodoh stated that he was aware that TC was an 11 or 12-year old minor. He further acknowledged the "chat session" communications, including discussions about masturbation, lubricant, and sexual activity. He admitted that he new TC's mother would not be home when he arrived and that TC was expected to be alone. He claimed that he believed he was communicating ("chatting") simultaneously with both TC and her mother and that when the "chat" turned to the sexual activity, he was only communicating with TC's mother. When the agents pointed out to Bodoh that his statements were inconsistent within the context of the "chat sessions," he admitted that periodically he was only communicating with TC.

13. TC is a minor whose date of birth is October 12, 1992.

14. Based upon my own personal experience and investigation and conversations with other law enforcement agents, I am aware that the Microsoft "servers" enabling communications using MSN Messenger are located in the state of Washington. I am further aware that the internet is a means of interstate commerce. Therefore, the above-described communications were in or affecting interstate commerce.

15. Based upon my experience, in reviewing the "chat sessions" I am aware that Bodoh communicated on and used the internet through a WebTV system located in his home at 915 East Overton Street, Tuscola, Illinois.

FURTHER AFFIANT SAYETH NOT.

CRAIG ADAMS
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 12th day of November, 2004.

s/Harold A. Baker
HAROLD A. BAKER, District Court Judge
United States District Court